UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSHUA BARRETT SHAPIRO

v.  CA 11-140 ML

ROGER WILLIAMS UNIVERSITY

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's appeal (Docket #116) from an order (Docket#104) of the magistrate judge granting Defendant's Amended Motion to Compel Answers to Interrogatories (Docket #84). The Court has reviewed the magistrate judge's order, Plaintiff's memorandum in support of his appeal, and the Defendant's memorandum in support of its response to Plaintiff's appeal (Docket #117). In addition, this Court has reviewed the entire docket of this case.

Having considered Plaintiff's submissions, this Court is of the opinion that his appeal of the magistrate judge's order is wholly without merit. The appeal is therefore DENIED and Plaintiff is ordered to comply with Magistrate Judge Martin's order.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
**June 12, 2012**